**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21729 CMB |
| Kerry Patrick Seifen and | : | Chapter 13 |
| Luann Ellen Seifen, | : | |
|     Debtors, | : | |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Related Document No. 43-32 |
| Movants, | : | |
|     v. | : | |
| Shellpoint Mortgage Servicing, | : | |
| Respondent. | : | Document No. |

**CERTIFICATION OF NO OBJECTION Regarding**
**Motion to Extend the Loss Mitigation Period**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Extend the Loss Mitigation Period** filed on October 18, 2018, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Extend the Loss Mitigation Period** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Extend the Loss Mitigation Period** were to be filed and served no later than October 29, 2018.

It is hereby respectfully requested that the Order attached to the **Motion to Extend the Loss Mitigation Period** be entered by the Court.

**Dated:** October 30, 2018

**BY:**     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**     /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**