IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21729 CMB |
| Kerry Patrick Seifen and | : | Chapter 13 |
| Luann Ellen Seifen, | : | |
| Debtors, | : | |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Related Document No. 32 |
| Movants, | : | |
| v. | : | |
| Shellpoint Mortgage Servicing, | : | |
| Respondent. | : | Document No. |

## ORDER

A *Loss Mitigation Order* dated June 20, 2018, was entered in the above matter at Document No. 32. On October 18, 2018, a *Motion to Extend the Loss Mitigation Period* was filed by *Kerry Patrick Seifen and Luann Ellen Seifen* at Document No. 43.

AND NOW, this 2nd day of November, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* Dec. 31, 2018.

IT IS FURTHER ORDERED, that a Status Conference shall be held on the 29th day of November, 2018 at 10:00 A.M.

_____
Chief Judge Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/5/18 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)                                                                                   Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kerry Patrick Seifen
Luann Ellen Seifen
    Debtors

Case No. 18-21729-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 05, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db/jdb     +Kerry Patrick Seifen,    Luann Ellen Seifen,    124 S. Jefferson Avenue,    Canonsburg, PA 15317-1505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
       David Z. Valencik    on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
       David Z. Valencik    on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
       James Warmbrodt    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
       Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com, cnoroski@grblaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                TOTAL: 6