# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | KERRY PATRICK & LUANN ELLEN SEIFEN |
| Case Number: | 18-21729-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 08, 2018 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/13/18 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#5 - Final Confirmation of Plan Dated 5/1/2018 (NFC)
R / M #: 5 / 0

### Appearances:

Debtor: *Valerie* (signature)
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*LMP pending* (handwritten)

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __4/4/19__ at __10:30 AM__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/31/201  12:39:14PM