**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21729 CMB |
| Kerry Patrick Seifen and | : | Chapter 13 |
| Luann Ellen Seifen, | : | |
| Debtors, | : | |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Related Document No. 48 & 49 |
| Movants, | : | |
| v. | : | Hearing Date: 01/23/2018 @2:30 p.m. |
| Shellpoint Mortgage Servicing and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Response Date: 12/10/2018 |
| Respondent. | : | Document No. |

**CERTIFICATION OF NO OBJECTION Regarding**
**Motion to Compel Servicer Response – Doc. 48**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Compel Servicer Response** filed on November 11, 2018, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Compel Servicer Response** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Compel Servicer Response** were to be filed and served no later than December 10, 2018.

It is hereby respectfully requested that the Order attached to the **Motion to Compel Servicer Response** be entered by the Court.

**Dated:** December 11, 2018      **BY:**   /s/ Donald R. Calaiaro _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**   /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**