**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21729 CMB |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Chapter 13 |
| Debtors, | : | |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Related Document No. 49-48 |
| Movants, | : | |
| v. | : | Hearing Date: 01/23/2018 @2:30 p.m. |
| Shellpoint Mortgage Servicing and | : | Response Date: 12/10/2018 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent. | : | Document No. |

**NOTICE TO WITHDRAW**
**MOTION TO COMPEL SERVICER RESPONSE**

The Debtors wish to withdraw the Motion to Compel Servicer Response filed on November 21, 2018, at Document No. 48.

                                                                           **Respectfully submitted,**

**Date:** December 11, 2018                     **BY:** /s/ Donald R. Calaiaro
                                                           **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                           **dcalaiaro@c-vlaw.com**
                                                           **BY:** /s/ David Z. Valencik
                                                           **David Z. Valencik, Esquire, PA I.D. #308361**
                                                           **dvalencik@c-vlaw.com**

                                                           **CALAIARO VALENCIK**
                                                           **428 Forbes Avenue, Suite 900**
                                                           **Pittsburgh, PA  15219-1621**
                                                           **(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-21729 CMB |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Chapter 13 |
|     Debtors, | : | |
| Kerry Patrick Seifen and | : | |
| Luann Ellen Seifen, | : | Related Document No. 49-48 |
| Movants, | : | |
|     v. | : | Hearing Date: 01/23/2018 @2:30 p.m. |
| Shellpoint Mortgage Servicing and | : | Response Date: 12/10/2018 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent. | : | Document No. |

**CERTIFICATE OF SERVICE OF Notice to Withdraw
Motion to Compel Servicer Response**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 11, 2018.

**Service by NEF:**
James Warmbrodt on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT; bkgroup@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  Electronic Notification.
    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:**  December 11, 2018      /s/ Donald R. Calaiaro
    **Donald R. Calaiaro, Esquire, PA I.D. #27538**
    **dcalaiaro@c-vlaw.com**
    /s/ David Z. Valencik
    **David Z. Valencik, Esquire, PA I.D. #308361**
    **dvalencik@c-vlaw.com**
    **CALAIARO VALENCIK**
    **428 Forbes Avenue, Suite 900**
    **Pittsburgh, PA  15219-1621**
    **(412) 232-0930**