# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

    **Debtor:** KERRY PATRICK & LUANN ELLEN SEIFEN
    **Case Number:** 18-21729-CMB      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, APRIL 04, 2019 10:30 AM    3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/11/19 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#5 - Continued Confirmation of Plan Dated 5/1/2018 (NFC)
R / M #: 5 / 0

**_Appearances:_**

Debtor: Valencik
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

**_Proceedings:_**

Hunt—Canonsburg

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. _X_ Plan/Motion continued to 7/12/19 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/29/2019  8:44:00AM