**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729 CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) |
| Luann Ellen Seifen. | ) |
| **Movants,** | ) |
| **vs.** | ) |
| HCR Manorcare | ) |
| **Respondent.** | ) Related to Documents No. 63-64 |

**CERTIFICATE OF SERVICE Debtors Motion To Terminate the Wage Attachment along with the Order and Notice Setting Date For Response and Hearing On Motion**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 21, 2019.

**Service by First Class Mail**:
HCR Manorcare, Attn: Eric Larson, 113 W. McMurray Road, McMurray, PA 15317
Mr. and Mrs. Kerry Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317

**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA 15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed On:** May 21, 2019       **BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**  /s/ David Z. Valencik
**David Z. Valencik, Esquire,  PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**