**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729 CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) Related to: Document No. 63 |
| Luann Ellen Seifen, | ) |
| **Movants,** | ) |
| **vs.** | ) |
| HCR Manorcare, | ) |
| **Respondent.** | ) |

## ORDER OF COURT

**AND NOW,** to-wit, this 22nd day of _____ May _____, 2019, on motion of the Debtors, it is hereby **ORDERED, ADJUDGED AND DECREED** that the wage order dated May 15, 2018, at Document No. 21, attaching the wages of the Debtor, Luann Ellen Seifen at HCR Manorcare, is hereby terminated.

IT IS FURTHER ORDERED that the Hearing scheduled for July 2, 2019 at 11:00 AM is CANCELLED.

Carlota M. Böhm          glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/22/19 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-21729-CMB
Kerry Patrick Seifen                                               Chapter 13
Luann Ellen Seifen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: May 22, 2019
                             Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
jdb          +Luann Ellen Seifen,    124 S. Jefferson Avenue,    Canonsburg, PA 15317-1505
             +HCR Manorcare,    Attn: Eric Larson,    113 W. McMurray Road,    McMurray, PA 15317-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
            David Z. Valencik    on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com,
             cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
             vlaw.com;mpeduto@c-vlaw.com
            David Z. Valencik    on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com,
             cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
             vlaw.com;mpeduto@c-vlaw.com
            James  Warmbrodt    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for
             Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual
             capacity, but solely as trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com,
             cnoroski@grblaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 6