**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-21729 CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
|       **Debtors,** | ) |
| Kerry Patrick Seifen and | ) **Hearing Date:** 07/24/19 @ 11:00 a.m. |
| Luann Ellen Seifen, | ) |
|       **Movants,** | ) **Response Due:** 07/05/19 |
|    vs. | ) |
| Shellpoint Mortgage Servicing, | ) |
|       **Respondent.** | ) **Related to Document No. 73 & 74** |

**CERTIFICATION OF NO OBJECTION Regarding**
**MOTION TO AUTHORIZE LOAN MODIFICATION- Related to Doc. 73**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Authorize Loan Modification** filed on June 17, 2019, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Authorize Loan Modification Period** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Authorize Loan Modification** were to be filed and served no later than July 5, 2019.

It is hereby respectfully requested that the Order attached to the **Motion to Authorize Loan Modification** be entered by the Court.

**Dated:** July 8, 2019                        **BY:**     /s/ Donald R. Calaiaro_____
                                                          **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                          dcalaiaro@c-vlaw.com
                                                          **BY:**     /s/ David Z. Valencik_____
                                                           **David Z. Valencik, Esquire,    PA I.D. #308361**
                                                          dvalencik@c-vlaw.com
                                                          **CALAIARO VALENCIK**
                                                          **428 Forbes Avenue, Suite 900**
                                                          **Pittsburgh, PA  15219-1621**
                                                          **(412) 232-0930**