## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Kerry Patrick Seifen and | ) **Related Document No.** 84 |
| Luann Ellen Seifen, | ) |
| **Movants,** | ) **Hearing Date:** 09/11/19 @ 11:00 a.m. |
| **vs.** | ) **Response Due:** 09/02/19 |
| Wells Fargo Bank, NA, | ) |
| **Respondent.** | ) **Document No.** 85 |

### NOTICE OF HEARING AND RESPONSE DEADLINE
### REGARDING MOTION OF Kerry Patrick Seifen and Luann Ellen Seifen FOR
### Objection to Claim of Wells Fargo Bank, N.A.

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **September 2, 2019**, (i.e., thirty (30) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 11, 2019, at 11:00 a.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**DATE:** August 1, 2019

**BY**: ___/s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esq. PA ID #27538**
dcalaiaro@c-vlaw.com
**BY**: ___/s/ David Z. Valencik_____
**David Z. Valencik, Esquire, PA ID #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Kerry Patrick Seifen and | ) **Related Document No.** 84 |
| Luann Ellen Seifen, | ) |
| **Movants,** | ) **Hearing Date:** 09/11/19 @ 11:00 a.m. |
| **vs.** | ) **Response Due:** 09/02/19 |
| Wells Fargo Bank, NA, | ) |
| **Respondent.** | ) **Document No.** 85 |

### CERTIFICATE OF SERVICE OF Notice of Hearing and Objection to Claim of Wells Fargo Bank, N.A.

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 1, 2019.

**SERVICE BY FIRST-CLASS MAIL:**
Mr. and Mrs. Patrick Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317
**SERVICE BY FIRST-CLASS MAIL AND E-MAIL:**
Trang V. Truong, Bankruptcy Specialist, Wells Fargo Bank, N.A., P.O. Box 10438, Des Moines, IA 50306-0438; wffbankruptcy@wellsfargo.com
**SERVICE BY NEF:**
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** August 1, 2019

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**