**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729 CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) |
| Luann Ellen Seifen, | ) Related to: Document No. 87 |
| **Movants,** | ) |
| **vs.** | ) |
| North Strabane Rehab & Wellness Center, | ) |
| **Respondent.** | ) |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

    The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan
    **IT IS, THEREFORE, ORDERED** that until further order of this Court, the entity from whom the Debtor, Luann E. Seifen, receives income:

        North Strabane Rehab & Wellness Center
        ATTN: Payroll Department
        100 Tandem Village Road
        Canonsburg, PA 15317

shall deduct from that income the sum of **$275.00 WEEKLY** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

        Ronda J. Winnecour, Trustee
        P.O.Box 84051
        Chicago, IL 60689-4002

    **IT IS FURTHER ORDERED** that the above-named entity notify the Trustee if the Debtor's income is terminated and the reason therefore.
    **IT IS FURTHER ORDERED** that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12 that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.
    **IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.
    **IT IS FURTHER ORDERED** THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
    **IT IS FURTHER ORDERED** that this order supersedes previous orders made to the above-named entity in this case.
    **IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administrations of this attachment order, except as may be allowed upon application to and order of this Court.
    **IT IS FURTHER ORDERED** that the debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.
    Employers and others who fail to withhold funds and pay them over to the trustee as Ordered herein may be subject to sanctions including damages to debtor(s) and this estate.

Dated: August 9, 2019

FILED
8/9/19 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21729-CMB
Kerry Patrick Seifen                                                  Chapter 13
Luann Ellen Seifen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr            Page 1 of 1              Date Rcvd: Aug 09, 2019
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
jdb            +Luann Ellen Seifen,   124 S. Jefferson Avenue,   Canonsburg, PA 15317-1505
               +North Strabane Rehab & Wellness Center,   ATTN: Payroll Department,   100 Tandem Village Road,
                 Canonsburg, PA 15317-2382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for
               Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual
               capacity, but solely as trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6