# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
|       **Debtors,** | ) |
| Kerry Patrick Seifen and | ) **Hearing Date:** 09/11/19 @ 11:00 a.m. |
| Luann Ellen Seifen, | ) |
|       **Movants,** | ) **Response Due:** 09/02/19 |
|   vs. | ) |
| Wells Fargo Bank, NA, | ) |
|       **Respondent.** | ) **Related to Document No. 84-85** |

## CERTIFICATION OF NO OBJECTION Regarding
## Objection to the Claim of Wells Fargo Bank, NA-Doc. No. 84

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to the Claim of Wells Fargo Bank, NA** filed on September 2, 2019, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Objection to the Claim of Wells Fargo Bank, NA** appears thereon. Pursuant to the Notice of Hearing, objections to the **Objection to the Claim of Wells Fargo Bank, NA** were to be filed and served no later than October 29, 2018.

It is hereby respectfully requested that the Order attached to the **Objection to the Claim of Wells Fargo Bank, NA** be entered by the Court.

**Dated:** September 3, 2019          **BY:** /s/ Donald R. Calaiaro
                                                   **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                   dcalaiaro@c-vlaw.com
                                                   **BY:** /s/ David Z. Valencik
                                                   **David Z. Valencik, Esquire,   PA I.D. #308361**
                                                   dvalencik@c-vlaw.com
                                                   **CALAIARO VALENCIK**
                                                   **938 Penn Avenue, Suite 501**
                                                   **Pittsburgh, PA  15222**
                                                   **(412) 232-0930**