# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729 CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) **Related Document No.** 100-99 |
| Luann Ellen Seifen, | ) |
| **Movants,** | ) |
| vs. | ) |
| Paramount Senior Living, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number and the Wage Attachment Order Dated September 30, 2019

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 1, 2019.

**Service by First Class Mail**:
North Strabane Rehab & Wellness Center, ATTN: Payroll Department,100 Tandem Village Road, Canonsburg, PA 15317
Mr. and Mrs. Kerry Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317
**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA  15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed On:** October 1, 2019         /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729 CMB |
| Kerry Patrick Seifen | ) |
| Luann Ellen Seifen | ) **Chapter** 13 |
| **Debtors.** | ) |

## NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **North Strabane Rehab & Wellness Center**

Debtor's name:  **Luann Ellen Seifen**

Debtor's nine digit social security number:   **xx-xx-9499 (**full number on Notification to Employer**)**

Debtor's address: **124 S. Jefferson Avenue, Canonsburg, PA 15317**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the debtor's wages. The debtor's Social Security number is being provided to assist in complying with the court order.

**Dated:** October 1, 2019          **BY:**     /s/ David Z. Valencik_____
                                    **David Z. Valencik, Esquire,   PA I.D. #308361**
                                    dvalencik@c-vlaw.com

                                    **CALAIARO VALENCIK**
                                    **938 Penn Avenue, Suite 501**
                                    **Pittsburgh, PA  15222-3708**
                                    **(412) 232-0930**