UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania
Claims Register

IN RE:  **Kerry Patrick and Luann Ellen Seifen**          Chapter 13

Case Number: **18-21729**

### WITHDRAWAL OF CLAIM

Creditor Peritus Portfolio Services II LLC as agent for Wollemi Acquisitions hereby withdraws its Claim, filed on 6/4/2018, marked as claim number 2 on the court's claim register, in the amount of $5,884.70

Dated: This 26th day of November 2019

By:    /s/ James Guinn
Peritus Portfolio Services II, LLC
P.O BOX 141419
IRVING, TX 75014
Tel No: 866-831-5954
Fax: 817-796-2744
email: **bankruptcy@perituservices.com**