IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 18-21729 CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
|     **Debtors,** | ) |
| Standing Chapter 13 Trustee and | ) Related to: Document No. 105 |
| Luann Ellen Seifen, | ) |
|     **Movants,** | ) |
|         **vs.** | ) |
| North Strabane Rehab & Wellness Center, | ) |
|     **Respondent.** | ) |

## ORDER OF COURT

**AND NOW,** to-wit, this 12th day of _____May_____, 2020, on motion of the Debtors, it is hereby **ORDERED, ADJUDGED AND DECREED** that the wage order dated September 30, 2019, at Document No. 100, attaching the wages of the Debtor, Luann Ellen Seifen at North Strabane Rehab & Wellness Center, is hereby terminated.

                        By the Court,

                        *Carlota M. Böhm*    glb
                        Carlota M. Böhm
                        Chief United States Bankruptcy Judge

                        FILED
                        5/12/20 11:00 am
                        CLERK
                        U.S. BANKRUPTCY
                        COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-21729-CMB
Kerry Patrick Seifen                                                                    Chapter 13
Luann Ellen Seifen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                 Page 1 of 1              Date Rcvd: May 12, 2020
                              Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
jdb            +Luann Ellen Seifen,   124 S. Jefferson Avenue,   Canonsburg, PA 15317-1505
               +North Strabane Rehab & Wellness Center,   Attn: Payroll Dept,   100 Tandem Village Road,
                 Canonsburg, PA 15317-2382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
              James  Warmbrodt    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for
               Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual
               capacity, but solely as trustee for BCAT 2014-4TT bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Canonsburg jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6