21-0134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kerry Patrick Seifen<br>Luann Ellen Seifen<br><br>　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 18-21729 CMB |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE in the above captioned matter.

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: May 17, 2021