# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | KERRY PATRICK & LUANN ELLEN SEIFEN |
| Case Number: | 18-21729-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 27, 2021 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/28/21 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#117 Amended Chapter 13 Plan Dated 04/07/2021 (FC)
R/M #: 117 / 0

**Appearances:**

Debtor: Paduto
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Hunt for Canonsburg Boro
Con't for information on father's estate

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✔ Plan/Motion continued to 7/15/21 at 11:30 Am.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/17/2021  10:12:41 AM