**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Calaiaro Valencik, | ) **Hearing Date:** 06/21/21 @ 10:00 a.m. |
| **Movant,** | ) **Response Due:** 06/04/21 |
| No Respondent. | ) **Related to Document No.** 123-124 |

**CERTIFICATION OF NO OBJECTION Regarding**
**FINAL FEES AND EXPENSES APPLICATION**
**FILED ON BEHALF OF CALAIARO VALENCIK -123**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on May 18, 2021, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than June 4, 2021.

It is hereby respectfully requested that the Order attached to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** June 7, 2021

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire**
PA I.D. No. 308361
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**