Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kerry Patrick Seifen
Luann Ellen Seifen**
   Debtor(s)

Bankruptcy Case No.: 18−21729−CMB
Per September 9, 2021 Proceeding
Chapter: 13
Docket No.: 136 − 45, 117, 133
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 7, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1288.00 as of September, 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Canonsburg Borough Garbage (Cl #3) .

- ☒ H. Additional Terms: Below named Mortgage Creditor to be paid per Loan Modification approved 7/9/19 (Doc 76). Then following payment change notices of record: AJX Mortgage (Cl #10).

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: September 10, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21729-CMB |
| Kerry Patrick Seifen | Chapter 13 |
| Luann Ellen Seifen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 3 |
| Date Rcvd: Sep 10, 2021 | Form ID: 149 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry Patrick Seifen, Luann Ellen Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317-1505 |
| cr | + | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Kondaur Capital Corporation, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| cr | + | Wilmington Savings Fund Society, FSB, doing busine, ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14824341 | + | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15377051 | + | AJX MORTGAGE TRUST I, A DELAWARE, TRUST,WILMINGTON SAVINGS FUND, SOCIETY, FSB, TRUSTEE, Gregory Funding, LLC, PO Box 230579 Tigard, OR 97281-0579 |
| 14824342 | + | Angott Surgical, 88 Wellness Way, Washington, PA 15301-9720 |
| 14824343 | + | Avelo Mortgage, 600 Las Colinas Blvd. E#, Irving, TX 75039-5616 |
| 14824344 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 14878828 | | BCAT 2014-4TT, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14860413 | + | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14877971 | | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14824347 | + | Canonburg Hospital, P.O. Box 951880, Cleveland, OH 44193-0020 |
| 14885900 | + | Clearview Federal Credit Union, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville, PA 15146-2371 |
| 14824353 | | Collection Service Ctr., Inc., P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 14824358 | + | Fed Loan Serv, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14824360 | + | Greater Washington Road, P.O. Box 182504, Columbus, OH 43218-2504 |
| 14824361 | + | IC Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14824362 | + | Kligensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 14824363 | + | Klingensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 15325328 | + | Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |
| 14824364 | + | Lifeline Sleep Centers, 2030 Ardmore Blvd., Pittsburgh, PA 15221-4652 |
| 14858843 | | PERITUS PORTFOLIO SERVICES II / NCEP, PO BOX 141419, IRVING, TX 75014-1419 |
| 14824369 | + | SW PA Pulmonary, 997 North Main Street, Washington, PA 15301-2807 |
| 14824366 | + | Santander Consumer, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14824367 | + | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14824370 | + | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14937316 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14824371 | | Vanguard, 18005231188, Hartford, CT |
| 14824373 | + | Washington Family Medicine, 95 Leonard Ave., Washington, PA 15301-3368 |
| 14824374 | + | Washington Health Systems, 155 Wilson Ave., Washington, PA 15301-3336 |
| 14864142 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 10 2021 23:09:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14834397 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

District/off: 0315-2 User: gamr Page 2 of 3
Date Rcvd: Sep 10, 2021 Form ID: 149 Total Noticed: 51

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 10 2021 23:09:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14824345 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 23:06:46 | CACH LLC, 4340 S. Mona Co. St., Unit 2, Denver, CO 80237-3485 |
| 14824348 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 23:06:52 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14824352 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2021 23:20:27 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14824346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 23:06:46 | Cach, LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14824349 | + | Email/Text: bankruptcy@cashcall.com | Sep 10 2021 23:09:00 | Cashcall Inc., 1 City Blvd. W, Orange, CA 92868-3621 |
| 14824354 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 10 2021 23:09:00 | Credit Collecion Service, P.O. Box 9134, Needham Heights, MA 02494-9134 |
| 14824356 | + | Email/Text: bknotice@ercbpo.com | Sep 10 2021 23:09:00 | Enhanced Recovery Co. L, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14824359 | | Email/Text: jill@ffcc.com | Sep 10 2021 23:09:00 | First Federal Credit Control, 24700 Chargrin Blvd., Ste 205, Cleveland, OH 44122 |
| 14824357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2021 23:09:00 | Fashion Bug/Soanb, 1103 Allen Dr., Milford, OH 45150-8763 |
| 14824350 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 23:06:32 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14824351 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 23:06:43 | Chase/Best Buy, P.O. Box 15298, Wilmington, DE 19850 |
| 14825020 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 10 2021 23:06:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14824365 | + | Email/Text: Supportservices@receivablesperformance.com | Sep 10 2021 23:09:00 | Receivables Performance, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14824368 | + | Email/Text: PFS.Analyst@stclair.org | Sep 10 2021 23:09:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14824372 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 10 2021 23:09:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14873161 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 10 2021 23:20:30 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14864211 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 10 2021 23:09:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON |
| cr | | Peritus Portfolio Services II, LLC servicer for Wo |
| cr | | Shellpoint Mortgage Servicing as servicer for Wilm |
| 14824355 | | Ea |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14871671 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 18-21729-CMB   Doc 138   Filed 09/12/21   Entered 09/13/21 00:23:43   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: gamr | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: 149 | Total Noticed: 51 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
    on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com  cnoroski@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com

Joshua I. Goldman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Mark B. Peduto
    on behalf of Joint Debtor Luann Ellen Seifen mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor Kerry Patrick Seifen mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10