**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KERRY PATRICK SEIFEN<br>LUANN ELLEN SEIFEN<br><br>                    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            vs.        Movant<br>CANONSBURG BOROUGH-GARBAGE<br><br>           Respondents | Case No. 18-21729CMB<br><br><br>Chapter 13<br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| CANONSBURG BOROUGH-GARBAGE<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 3/Trustee CID# 54 |

The Movant further certifies that on 10/17/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>       original creditor<br>       putative creditor<br>       counsel for debtor(s)<br>       counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
KERRY PATRICK SEIFEN, LUANN ELLEN SEIFEN, 124 S. JEFFERSON AVENUE, CANONSBURG, PA  15317

DEBTOR'S COUNSEL:
DAVID Z VALENCIK ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA  15222-3708

ORIGINAL CREDITOR:
CANONSBURG BOROUGH-GARBAGE, C/O JORDAN TAX SERVICE-DLQ CLLCTR, 102 RAHWAY RD, MCMURRAY, PA  15317

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219

NEW CREDITOR: