**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/08/2022

IN RE:

KERRY PATRICK SEIFEN
LUANN ELLEN SEIFEN
124 S. JEFFERSON AVENUE
CANONSBURG, PA  15317
XXX-XX-7937         Debtor(s)

XXX-XX-9499

Case No.18-21729 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/8/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0404 |
| **AJX MORTGAGE TRUST I - DE TRUST WILMINGT**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  890.83<br>COMMENT:  MOD@CID 60*WILMINGTON SFS, D/B/A CHRISTIANA /P*BGN 6/18*FR WLMGTN-D11 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8658 |
| **VANGUARD FINANCIAL SERVICES**<br>210 BROOK ST STE 100<br>CHARLESTON, WV  25301 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NOTHING OWED*NT ADR~401K/SCH*NT PROV/PL | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **CLEARVIEW FEDERAL CREDIT UNION****<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129*<br>MONROEVILLE, PA  15146 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:11-2<br>CLAIM:  736.08<br>COMMENT:  X4669/SCH*AMD*OVERDRAWN CHECKING ACCT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9152 |
| **ANGOTT SURGICAL**<br>88 WELLNESS WY<br>WASHINGTON, PA  15301 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0029 |
| **AVELO MORTGAGE++**<br>600 LAS COLINAS BLVD E<br>IRVING, TX  75039 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7849 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~MORT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6564 |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  372.68<br>COMMENT:  X0479/SCH*GECAP/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3478 |
| **CACH LLC**<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~GECRB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9503 |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  1,177.43<br>COMMENT:  X7493/SCH*GECAP*WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6663 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CANONSBURG HOSPITAL**<br>PO BOX 951880<br>CLEVELAND, OH  44193 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CAPITAL ONE\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0063 | CLAIM: 0.00<br>COMMENT: |
| **CASHCALL INC(\*)**<br>1 CITY BLVD WEST - STE 102<br>ORANGE, CA  92868 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9529 | CLAIM: 0.00<br>COMMENT: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4068 | CLAIM: 0.00<br>COMMENT: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3782 | CLAIM: 0.00<br>COMMENT: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1890 | CLAIM: 0.00<br>COMMENT: BEST BUY/SCH |
| **CITIFINANCIAL SERVICING LLC**<br>300 ST PAUL PLACE<br>BALTIMORE, MD  21202 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4353 | CLAIM: 0.00<br>COMMENT: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GCWX | CLAIM: 0.00<br>COMMENT: NT ADR~WASH HSPTL FMLY PRCT/SCH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3WM3 | CLAIM: 0.00<br>COMMENT: NT ADR~WASH HSPTL FMLY PRCT/SCH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: FVQT | CLAIM: 0.00<br>COMMENT: NT ADR~WASH HPSLT FMLY PRCT/SCH |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **CREDIT COLLECTION SERVICES**<br>POB 9134<br><br>NEEDHAM, MA 02494 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2416 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: EA?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1303 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: COMCAST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8055 |
| **FASHION BUG**<br>6393 STATION STREET PL.<br><br>PITTSBURGH, PA 15206 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4853 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:12-2<br><br>CLAIM: 22,581.34<br>COMMENT: X0002/SCH*GU BAR OK*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9499 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: X003 |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br><br>CLEVELAND, OH 44122-5662 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PAIN INST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5112 |
| **GREATER WASHINGTON ROAD**<br>PO BOX 182504<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8679 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **IC SYSTEM INC**<br>C/O A THOMAS POKELA ESQ<br>POB 2621<br>SIOUX FALLS, SD  57101-2621 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BANFIELD PET HSPTL/SCH*NT ADRS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4001 |
| **KLINGENSMITH HEALTH CARE**<br>POB 151<br>FORD CITY, PA  16226 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0455 |
| **KLINGENSMITH HEALTH CARE**<br>POB 151<br>FORD CITY, PA  16226 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0455 |
| **LIFELINE CENTERS GREENSBURG**<br>2030 ARDMORE BLVD #251<br>PITTSBURGH, PA  15221 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7021 |
| **RECEIVABLES PERFORMANCE MANAGEMENT**<br>20816 44TH AVE W<br>LYNNWOOD, WA  98036 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ATT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8648 |
| **PERITUS PORTFOLIO SERVICES II LLC/NCEP LL**<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  0.00<br>COMMENT:  X1000~REPO AUTO/SCH*CL @ $5884.70 W/DRAWN-DOC 103 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2032 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3586 |
| **SW PA PULMONARY & SLEEP MEDICINE INC**<br>997 N MAIN ST<br>WASHINGTON, PA  15301-2819 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0055 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TARGET/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8559 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  91.28<br>COMMENT: X1024~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2655 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **WASHINGTON FAMILY MEDICINE**<br>95 LEONARD AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0150 |
| **WASHINGTON FAMILY MEDICINE**<br>95 LEONARD AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9373 |
| **WASHINGTON FAMILY MEDICINE**<br>95 LEONARD AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8260 |
| **WASHINGTON FAMILY MEDICINE**<br>95 LEONARD AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5757 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0026 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0025 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: NT 2B PD/CONF OE 6/8/18*$330.49/CL*NT/SCH-PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9458 |
| **WESTLAKE FINANCIAL SERVICES(*)**<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA  90010 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 8,745.36<br>COMMENT: SURR/PL*$12,159.46/CL*NT/SCH*DKT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5596 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **CANONSBURG BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE INC**<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:51  INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 766.61<br>COMMENT: 1100180001001100*$@10%/PL*NT/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1100 |
| **CANONSBURG BOROUGH (SWG)**<br>C/O JORDAN TAX SERVICE INC**<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 608.71<br>COMMENT: 1100180001001100*NON%*$@0%/PL*NT/SCH*W/51 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1100 |
| **AJX MORTGAGE TRUST I - DE TRUST WILMINGT**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 5,043.83<br>COMMENT: PMT/TRIAL LOAN OE~$694.92 BGN 1/19*DK*W/2*FR WILMINGTON-DOC 114*FR KON | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8658 |
| **CANONSBURG BOROUGH-GARBAGE**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:54  INT %: 10.00%<br>Court Claim Number:3<br>CLAIM: 221.30<br>COMMENT: 110-018-00-01-0011-00*CL3GOV*$407.63 CL-PL@0%/PL*NT/SCH*THRU 5/18*WNTS 1 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1100 |
| **CANONSBURG BOROUGH-GARBAGE**<br>C/O JORDAN TAX SERVICE-DLQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 101.41<br>COMMENT: 110-018-00-01-0011-00*CL3GOV*$183.02 CL-PL@0%*NT/SCH*THRU 5/18*NON%*W/5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1100 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE*$2,974.25/CL*622391592*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1592 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,075.50<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AJX MORTGAGE TRUST I - DE TRUST WILMINGT**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 0.00<br>COMMENT: LN MOD @ CID 60*$0ARRS/PL*CL=25230.37*THRU 5/18*LMP PENDING @ 53*FR WI | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8658 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SHELLPOINT MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AJX MORTGAGE TRUST I - DE TRUST WILMINGT**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:010<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*LN MOD BGN 7/19*DKT4PMT*FR WILMINGTON-DOC 114*FR KONDAUR-I | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8658 |

| CLAIM RECORDS | | |
|---|---|---|
| **POWERS KIRN LLC** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 8 NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TREVOSE, PA  19053 | COMMENT:  AJX MORT/PRAE | |