Certificate Number: 05781-PAW-DE-037177252

Bankruptcy Case Number: 18-21729



05781-PAW-DE-037177252

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2023, at 11:31 o'clock AM PST, Kerry Seifen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 12, 2023              By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President