Certificate Number: 05781-PAW-DE-037177251

Bankruptcy Case Number: 18-21729



05781-PAW-DE-037177251

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2023, at 11:31 o'clock AM PST, Luann Seifen completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 12, 2023  

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President