# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| | ) |
| **Debtors,** | ) **Document No.** |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 12, 2023 at docket numbers 145 and 146, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form. The Official Form 423 Certification of Completion was filed on August 31, 2023 at docket number 151.

This Certification is being signed under penalty of perjury by the Debtors who have carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

**Respectfully submitted,**

**DATE:** August 31, 2023

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire**
**PA I.D. No. 308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**Phone:** (412) 232-0930
**Fax:** (412) 232-3858