**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) **Chapter** 13 |
| Luann Ellen Seifen, | ) |
| **Debtors,** | ) **Related Document No.** 153-154 |
| Calaiaro Valencik, | ) **Hearing Date:** 12/07/23 @ 2:30 p.m**.** |
| **Movant,** | ) **Response Due:** 11/10/23 |
| No Respondent. | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION Regarding
### FINAL FEES AND EXPENSES APPLICATION
### FILED ON BEHALF OF CALAIARO VALENCIK
### -Doc. No. 153

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on October 24, 2023, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than November 10, 2023.

It is hereby respectfully requested that the Order attached to the **Final Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** November 13, 2023

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire**
PA I.D. No. 308361
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**