**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 18-21729-CMB |
| Kerry Patrick Seifen and | ) |
| Luann Ellen Seifen, | ) **Chapter** 13 |
| **Debtors,** | ) |
| Calaiaro Valencik, | ) Related to Doc. No. 153 |
| **Movant,** | ) Hearing: December 7, 2023 at 2:30 p.m. |
| No Respondent. | ) |

**ENTERED BY DEFAULT**

### ORDER OF COURT

**AND NOW,** this 13th day of November, 2023, upon consideration of the foregoing Final Fees and Expenses Application by attorney for the Debtor, it is hereby **ORDERED** that fees and expenses of Calaiaro Valencik be approved for their services rendered and incurred from April 27, 2021, through September 19, 2023, in the total amount of $4,657.68 consisting of $4,485.00 in fees and $172.68 in expenses.

It is further **ORDERED** that the no-look cost payment of $500.00, being held in Calaiaro Valencik's IOLTA account, can be applied to the Debtors' account.

It is further **ORDERED** that after the retainer of $1,500.00, payments of $8,102.30 from the Chapter 13 Trustee, and no-look cost payment of $500.00 have been applied, the balance due for counsel is $4,053.20.

By the Court,

*/s/ Carlota M. Böhm*
**Honorable Judge Carlota M. Böhm**
**United States Bankruptcy Court**

FILED
11/13/23 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 18-21729-CMB

Kerry Patrick Seifen    Chapter 13

Luann Ellen Seifen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2
Date Rcvd: Nov 13, 2023    Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kerry Patrick Seifen, Luann Ellen Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317-1505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Joint Debtor Luann Ellen Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Debtor Kerry Patrick Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Nov 13, 2023     Form ID: pdf900     Total Noticed: 1

kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com; ncalaiaro@c-vlaw.com

David Z. Valencik

on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com; ncalaiaro@c-vlaw.com

Harry B. Reese

on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com

Jeffrey R. Hunt

on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

Jill Manuel-Coughlin

on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com

Joshua I. Goldman

on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Karina Velter

on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Mark B. Peduto

on behalf of Joint Debtor Luann Ellen Seifen mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 13