**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KERRY PATRICK SEIFEN<br>LUANN ELLEN SEIFEN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-21729<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/01/2018 and confirmed on 6/8/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,258.41 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,258.41 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 12,138.34 | |
|    Trustee Fee | 3,130.69 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,269.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| AJX MORTGAGE TRUST I - DE TRUST WIL<br>Acct: 8658 | 890.83 | 890.83 | 0.00 | 890.83 |
| AJX MORTGAGE TRUST I - DE TRUST WIL<br>Acct: 8658 | 5,043.83 | 5,043.83 | 0.00 | 5,043.83 |
| AJX MORTGAGE TRUST I - DE TRUST WIL<br>Acct: 8658 | 0.00 | 36,120.76 | 0.00 | 36,120.76 |
| AJX MORTGAGE TRUST I - DE TRUST WIL<br>Acct: 8658 | 0.00 | 0.00 | 0.00 | 0.00 |
| VANGUARD FINANCIAL SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CANONSBURG BOROUGH (SWG)**<br>Acct: 1100 | 766.61 | 766.61 | 321.65 | 1,088.26 |
| CANONSBURG BOROUGH (SWG)**<br>Acct: 1100 | 608.71 | 608.71 | 0.00 | 608.71 |
| CANONSBURG BOROUGH-GARBAGE<br>Acct: 1100 | 221.30 | 221.30 | 168.92 | 390.22 |
| CANONSBURG BOROUGH-GARBAGE<br>Acct: 1100 | 101.41 | 101.41 | 0.00 | 101.41 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 9458 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES(*)<br>Acct: 5596 | 8,745.36 | 8,745.36 | 0.00 | 8,745.36 |
| | | | | 52,989.38 |
| **Priority** | | | | |
| DAVID Z VALENCIK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KERRY PATRICK SEIFEN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CALAIARO VALENCIK<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| CALAIARO VALENCIK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CALAIARO VALENCIK<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX6-21 | 5,102.30 | 5,102.30 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CALAIARO VALENCIK | 4,036.04 | 4,036.04 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX9-23 | | | | |
| *** N O N E *** | | | | |
| **Unsecured** | | | | |
| CLEARVIEW FEDERAL CREDIT UNION** | 736.08 | 0.00 | 0.00 | 0.00 |
| Acct: 9152 | | | | |
| ANGOTT SURGICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0029 | | | | |
| AVELO MORTGAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7849 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6564 | | | | |
| CACH LLC-ASSIGNEE | 372.68 | 0.00 | 0.00 | 0.00 |
| Acct: 3478 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9503 | | | | |
| CACH LLC-ASSIGNEE | 1,177.43 | 0.00 | 0.00 | 0.00 |
| Acct: 6663 | | | | |
| CANONSBURG HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0063 | | | | |
| CASHCALL INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9529 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4068 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3782 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1890 | | | | |
| CITIFINANCIAL SERVICING LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4353 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: GCWX | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3WM3 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FVQT | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2416 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1303 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8055 | | | | |
| FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4853 | | | | |
| US DEPARTMENT OF EDUCATION | 22,581.34 | 0.00 | 0.00 | 0.00 |
| Acct: 9499 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0004 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X003 | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5112 | | | | |
| GREATER WASHINGTON ROAD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8679 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4001 | | | | |
| | KLINGENSMITH HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0455 | | | | |
| | KLINGENSMITH HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0455 | | | | |
| | LIFELINE CENTERS GREENSBURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7021 | | | | |
| | RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8648 | | | | |
| | PERITUS PORTFOLIO SERVICES II LLC/N( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2032 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3586 | | | | |
| | SW PA PULMONARY & SLEEP MEDICINE I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0055 | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8559 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 91.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 2655 | | | | |
| | WASHINGTON FAMILY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0150 | | | | |
| | WASHINGTON FAMILY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9373 | | | | |
| | WASHINGTON FAMILY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8260 | | | | |
| | WASHINGTON FAMILY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5757 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0026 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0011 | | | | |
| | WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0025 | | | | |
| | WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1592 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,075.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0404 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                               52,989.38

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,378.05 |
| UNSECURED | 26,034.31 |

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KERRY PATRICK SEIFEN
LUANN ELLEN SEIFEN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21729

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                 Case No. 18-21729-CMB

Kerry Patrick Seifen                                                   Chapter 13

Luann Ellen Seifen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4

Date Rcvd: Nov 27, 2023      Form ID: pdf900      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry Patrick Seifen, Luann Ellen Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317-1505 |
| cr | + | Kondaur Capital Corporation, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 14824341 | + | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 15377051 | + | AJX MORTGAGE TRUST I, A DELAWARE, TRUST,WILMINGTON SAVINGS FUND, SOCIETY, FSB, TRUSTEE, Gregory Funding, LLC, PO Box 230579 Tigard, OR 97281-0579 |
| 14824342 | + | Angott Surgical, 88 Wellness Way, Washington, PA 15301-9720 |
| 14824343 | + | Avelo Mortgage, 600 Las Colinas Blvd. E#, Irving, TX 75039-5616 |
| 14824347 | + | Canonburg Hospital, P.O. Box 951880, Cleveland, OH 44193-0020 |
| 14885900 | + | Clearview Federal Credit Union, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville, PA 15146-2371 |
| 14824353 | | Collection Service Ctr., Inc., P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 14824358 | + | Fed Loan Serv, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14824360 | + | Greater Washington Road, P.O. Box 182504, Columbus, OH 43218-2504 |
| 14824362 | + | Kligensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 14824363 | + | Klingensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 15325328 | + | Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |
| 14824364 | + | Lifeline Sleep Centers, 2030 Ardmore Blvd., Pittsburgh, PA 15221-4652 |
| 14858843 | | PERITUS PORTFOLIO SERVICES II / NCEP, PO BOX 141419, IRVING, TX 75014-1419 |
| 14824369 | + | SW PA Pulmonary, 997 North Main Street, Washington, PA 15301-2807 |
| 14937316 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14824371 | | Vanguard, 18005231188, Hartford, CT |
| 14824373 | + | Washington Family Medicine, 95 Leonard Ave., Washington, PA 15301-3368 |
| 14824374 | + | Washington Health Systems, 155 Wilson Ave., Washington, PA 15301-3336 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 28 2023 00:27:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 28 2023 00:27:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Nov 28 2023 00:27:00 | Wilmington Savings Fund Society, FSB, doing busine, ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14834397 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 28 2023 00:27:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14824344 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 28 2023 00:26:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 14878828 | | Email/Text: mtgbk@shellpointmtg.com | Nov 28 2023 00:27:00 | BCAT 2014-4TT, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 29603-0826 |
| 14860413 | + | Email/Text: ebnjts@grblaw.com | Nov 28 2023 00:27:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15593785 | + | Email/Text: ebnjts@grblaw.com | Nov 28 2023 00:27:00 | Borough of Canonsburg, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 14824345 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:26 | CACH LLC, 4340 S. Mona Co. St., Unit 2, Denver, CO 80237-3485 |
| 14877971 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:34 | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14824348 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 00:31:36 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14824352 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2023 00:31:24 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14824346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:26 | Cach, LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14824349 | + | Email/Text: bankruptcy@cashcall.com | Nov 28 2023 00:28:00 | Cashcall Inc., 1 City Blvd. W, Orange, CA 92868-3621 |
| 14824354 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 28 2023 00:28:00 | Credit Collecion Service, P.O. Box 9134, Needham Heights, MA 02494-9134 |
| 14824356 | + | Email/Text: bknotice@ercbpo.com | Nov 28 2023 00:28:00 | Enhanced Recovery Co. L, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14824359 | | Email/Text: rj@ffcc.com | Nov 28 2023 00:26:00 | First Federal Credit Control, 24700 Chargrin Blvd., Ste 205, Cleveland, OH 44122 |
| 14824357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 28 2023 00:27:00 | Fashion Bug/Soanb, 1103 Allen Dr., Milford, OH 45150-8763 |
| 14824361 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 28 2023 00:27:00 | IC Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14824350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2023 00:42:28 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14824351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2023 00:31:32 | Chase/Best Buy, P.O. Box 15298, Wilmington, DE 19850 |
| 14825020 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2023 00:31:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14824365 | + | Email/Text: Supportservices@receivablesperformance.com | Nov 28 2023 11:47:01 | Receivables Performance, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14824366 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 28 2023 00:28:00 | Santander Consumer, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14824367 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 28 2023 00:27:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14824368 | + | Email/Text: PFS.Analyst@stclair.org | Nov 28 2023 00:28:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14824370 | + | Email/Text: bncmail@w-legal.com | Nov 28 2023 00:27:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15574791 | + | Email/Text: EBN@edfinancial.com | Nov 28 2023 00:27:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14824372 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 28 2023 00:26:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 53 |

| 14873161 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2023 00:42:12 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
|---|---|---|---|---|
| 14864211 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 28 2023 00:28:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14864142 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 28 2023 00:42:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON |
| cr | | Peritus Portfolio Services II, LLC servicer for Wo |
| cr | | Shellpoint Mortgage Servicing as servicer for Wilm |
| 14824355 | | Ea |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14871671 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Kerry Patrick Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Luann Ellen Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com |
| David Z. Valencik | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 53 |

on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com; ncalaiaro@c-vlaw.com

Harry B. Reese

on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com

Jeffrey R. Hunt

on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

Jill Manuel-Coughlin

on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com

Joshua I. Goldman

on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Karina Velter

on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Mark B. Peduto

on behalf of Joint Debtor Luann Ellen Seifen mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 13