**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kerry Patrick Seifen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−7937<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Luann Ellen Seifen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−9499<br>EIN   __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18−21729−CMB | |

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kerry Patrick Seifen                    Luann Ellen Seifen

1/16/24                    **By the court:** Carlota M Bohm
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-21729-CMB

Kerry Patrick Seifen     Chapter 13

Luann Ellen Seifen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jan 16, 2024     Form ID: 3180W     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry Patrick Seifen, Luann Ellen Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317-1505 |
| cr | + | Kondaur Capital Corporation, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 15377051 | + | AJX MORTGAGE TRUST I, A DELAWARE, TRUST,WILMINGTON SAVINGS FUND, SOCIETY, FSB, TRUSTEE, Gregory Funding, LLC, PO Box 230579 Tigard, OR 97281-0579 |
| 14824342 | #+ | Angott Surgical, 88 Wellness Way, Washington, PA 15301-9720 |
| 14824343 | + | Avelo Mortgage, 600 Las Colinas Blvd. E#, Irving, TX 75039-5616 |
| 14824347 | + | Canonburg Hospital, P.O. Box 951880, Cleveland, OH 44193-0020 |
| 14885900 | + | Clearview Federal Credit Union, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville, PA 15146-2371 |
| 14824353 | | Collection Service Ctr., Inc., P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 14824358 | + | Fed Loan Serv, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14824360 | + | Greater Washington Road, P.O. Box 182504, Columbus, OH 43218-2504 |
| 14824362 | + | Kligensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 14824363 | + | Klingensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 15325328 | + | Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |
| 14824364 | + | Lifeline Sleep Centers, 2030 Ardmore Blvd., Pittsburgh, PA 15221-4652 |
| 14858843 | | PERITUS PORTFOLIO SERVICES II / NCEP, PO BOX 141419, IRVING, TX 75014-1419 |
| 14824365 | #+ | Receivables Performance, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14824369 | + | SW PA Pulmonary, 997 North Main Street, Washington, PA 15301-2807 |
| 14937316 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14824371 | | Vanguard, 18005231188, Hartford, CT |
| 14824373 | + | Washington Family Medicine, 95 Leonard Ave., Washington, PA 15301-3368 |
| 14824374 | + | Washington Health Systems, 155 Wilson Ave., Washington, PA 15301-3336 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jan 17 2024 08:57:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 17 2024 04:00:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | Wilmington Savings Fund Society, FSB, doing busine, ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14824341 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Jan 17 2024 04:00:00 | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 14834397 | | EDI: PHINAMERI.COM | Jan 17 2024 08:57:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14824344 | | EDI: BANKAMER | Jan 17 2024 08:57:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 14878828 | | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | BCAT 2014-4TT, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14860413 | + | Email/Text: ebnjts@grblaw.com | Jan 17 2024 04:00:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15593785 | + | Email/Text: ebnjts@grblaw.com | Jan 17 2024 04:00:00 | Borough of Canonsburg, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 14824345 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:27 | CACH LLC, 4340 S. Mona Co. St., Unit 2, Denver, CO 80237-3485 |
| 14877971 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:21 | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14824348 | | EDI: CAPITALONE.COM | Jan 17 2024 08:57:00 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14824352 | | EDI: CITICORP | Jan 17 2024 08:57:00 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14824346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:28 | Cach, LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14824349 | + | Email/Text: bankruptcy@cashcall.com | Jan 17 2024 04:01:00 | Cashcall Inc., 1 City Blvd. W, Orange, CA 92868-3621 |
| 14824354 | + | EDI: CCS.COM | Jan 17 2024 08:57:00 | Credit Collecion Service, P.O. Box 9134, Needham Heights, MA 02494-9134 |
| 14824356 | + | Email/Text: bknotice@ercbpo.com | Jan 17 2024 04:01:00 | Enhanced Recovery Co. L, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14824359 | | Email/Text: rj@ffcc.com | Jan 17 2024 04:00:00 | First Federal Credit Control, 24700 Chargrin Blvd., Ste 205, Cleveland, OH 44122 |
| 14824357 | + | EDI: WFNNB.COM | Jan 17 2024 08:57:00 | Fashion Bug/Soanb, 1103 Allen Dr., Milford, OH 45150-8763 |
| 14824361 | + | EDI: LCIICSYSTEM | Jan 17 2024 08:57:00 | IC Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14824350 | | EDI: JPMORGANCHASE | Jan 17 2024 08:57:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14824351 | | EDI: JPMORGANCHASE | Jan 17 2024 08:57:00 | Chase/Best Buy, P.O. Box 15298, Wilmington, DE 19850 |
| 14825020 | + | EDI: PRA.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 17 2024 08:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14824366 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 17 2024 04:01:00 | Santander Consumer, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14824367 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14824368 | + | Email/Text: PFS.Analyst@stclair.org | Jan 17 2024 04:01:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14824370 | + | EDI: WTRRNBANK.COM | Jan 17 2024 08:57:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15574791 | + | Email/Text: EBN@edfinancial.com | Jan 17 2024 04:00:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14824372 | + | EDI: VERIZONCOMB.COM | Jan 17 2024 08:57:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14873161 | | EDI: AIS.COM | Jan 17 2024 08:57:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14864211 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 17 2024 04:01:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14864142 | | EDI: WFFC2 | Jan 17 2024 08:57:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON |
| cr | | Peritus Portfolio Services II, LLC servicer for Wo |
| cr | | Shellpoint Mortgage Servicing as servicer for Wilm |
| 14824355 | | Ea |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14871671 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Kerry Patrick Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Luann Ellen Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| David Z. Valencik | on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Harry B. Reese | on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE bankruptcy@powerskirn.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Karina Velter | on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY, FSB, TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com |
| Mark B. Peduto | on behalf of Joint Debtor Luann Ellen Seifen mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13