IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KERRY PATRICK SEIFEN
LUANN ELLEN SEIFEN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21729

Chapter 13

Related to Doc. No. 158

**BY DEFAULT**

ORDER OF COURT

AND NOW, this 16th day of January 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*    jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

FILED
1/16/24 1:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21729-CMB |
| Kerry Patrick Seifen | Chapter 13 |
| Luann Ellen Seifen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kerry Patrick Seifen, Luann Ellen Seifen, 124 S. Jefferson Avenue, Canonsburg, PA 15317-1505 |
| cr | + | Kondaur Capital Corporation, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 15377051 | + | AJX MORTGAGE TRUST I, A DELAWARE, TRUST,WILMINGTON SAVINGS FUND, SOCIETY, FSB, TRUSTEE, Gregory Funding, LLC, PO Box 230579 Tigard, OR 97281-0579 |
| 14824342 | #+ | Angott Surgical, 88 Wellness Way, Washington, PA 15301-9720 |
| 14824343 | + | Avelo Mortgage, 600 Las Colinas Blvd. E#, Irving, TX 75039-5616 |
| 14824347 | + | Canonburg Hospital, P.O. Box 951880, Cleveland, OH 44193-0020 |
| 14885900 | + | Clearview Federal Credit Union, c/o AAS Debt Recovery Inc, 2526 Monroeville Blvd Suite 205, Monroeville, PA 15146-2371 |
| 14824353 | | Collection Service Ctr., Inc., P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 14824358 | + | Fed Loan Serv, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14824360 | + | Greater Washington Road, P.O. Box 182504, Columbus, OH 43218-2504 |
| 14824362 | + | Kligensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 14824363 | + | Klingensmith Health, P.O. Box 151, Ford City, PA 16226-0151 |
| 15325328 | + | Kondaur Capital Corporation, 333 South Anita Drive, Ste. 400, Orange, CA 92868-3314 |
| 14824364 | + | Lifeline Sleep Centers, 2030 Ardmore Blvd., Pittsburgh, PA 15221-4652 |
| 14858843 | | PERITUS PORTFOLIO SERVICES II / NCEP, PO BOX 141419, IRVING, TX 75014-1419 |
| 14824365 | #+ | Receivables Performance, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14824369 | + | SW PA Pulmonary, 997 North Main Street, Washington, PA 15301-2807 |
| 14937316 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14824371 | | Vanguard, 18005231188, Hartford, CT |
| 14824373 | + | Washington Family Medicine, 95 Leonard Ave., Washington, PA 15301-3368 |
| 14824374 | + | Washington Health Systems, 155 Wilson Ave., Washington, PA 15301-3336 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2024 04:00:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 17 2024 04:00:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | Wilmington Savings Fund Society, FSB, doing busine, ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14824341 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Jan 17 2024 04:00:00 | AAS Debt Recovery Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 14834397 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2024 04:00:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

Case 18-21729-CMB   Doc 167   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 14824344 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 14878828 | | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | BCAT 2014-4TT, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14860413 | + | Email/Text: ebnjts@grblaw.com | Jan 17 2024 04:00:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15593785 | + | Email/Text: ebnjts@grblaw.com | Jan 17 2024 04:00:00 | Borough of Canonsburg, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 14824345 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:26 | CACH LLC, 4340 S. Mona Co. St., Unit 2, Denver, CO 80237-3485 |
| 14877971 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:26 | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14824348 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:08:26 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14824352 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:22 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14824346 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:31 | Cach, LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14824349 | + | Email/Text: bankruptcy@cashcall.com | Jan 17 2024 04:01:00 | Cashcall Inc., 1 City Blvd. W, Orange, CA 92868-3621 |
| 14824354 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 17 2024 04:01:00 | Credit Collecion Service, P.O. Box 9134, Needham Heights, MA 02494-9134 |
| 14824356 | + | Email/Text: bknotice@ercbpo.com | Jan 17 2024 04:01:00 | Enhanced Recovery Co. L, 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14824359 | | Email/Text: rj@ffcc.com | Jan 17 2024 04:00:00 | First Federal Credit Control, 24700 Chargrin Blvd., Ste 205, Cleveland, OH 44122 |
| 14824357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2024 04:00:00 | Fashion Bug/Soanb, 1103 Allen Dr., Milford, OH 45150-8763 |
| 14824361 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 17 2024 04:00:00 | IC Systems Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14824350 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:08:21 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14824351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:08:21 | Chase/Best Buy, P.O. Box 15298, Wilmington, DE 19850 |
| 14825020 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14824366 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 17 2024 04:01:00 | Santander Consumer, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14824367 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 14824368 | + | Email/Text: PFS.Analyst@stclair.org | Jan 17 2024 04:01:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 14824370 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:00:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15574791 | + | Email/Text: EBN@edfinancial.com | Jan 17 2024 04:00:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14824372 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

Case 18-21729-CMB    Doc 167    Filed 01/18/24    Entered 01/19/24 00:33:01    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 53 |

|  |  |  | Jan 17 2024 04:00:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |
|---|---|---|---|---|
| 14873161 | | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 04:08:23 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14864211 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 17 2024 04:01:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14864142 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 04:08:26 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AJX MORTGAGE TRUST I, A DELAWARE TRUST, WILMINGTON |
| cr | | Peritus Portfolio Services II, LLC servicer for Wo |
| cr | | Shellpoint Mortgage Servicing as servicer for Wilm |
| 14824355 | | Ea |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14871671 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Kerry Patrick Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Joint Debtor Luann Ellen Seifen apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for Wilmington Savings Fund Society FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-4TT bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Joint Debtor Luann Ellen Seifen dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 53

David Z. Valencik
    on behalf of Debtor Kerry Patrick Seifen dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;
    ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Harry B. Reese
    on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY,
    FSB, TRUSTEE bankruptcy@powerskirn.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY,
    FSB, TRUSTEE bankruptcy@powerskirn.com

Joshua I. Goldman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity,
    but solely as trustee for BCAT 2014-4TT josh.goldman@padgettlawgroup.com,
    angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Karina Velter
    on behalf of Creditor AJX MORTGAGE TRUST I  A DELAWARE TRUST, WILMINGTON SAVINGS FUND SOCIETY,
    FSB, TRUSTEE karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Mark B. Peduto
    on behalf of Joint Debtor Luann Ellen Seifen mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 13